JACKSON et al., Respondents, v. METRO-POLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. April 11, 1902.) Action by Robert Jackson and another against the Metropolitan Street Railway Company. T. L. Waugh, for appellant. W. G. Peckham, for respondents.

PER CURIAM. Judgment modified, by reducing amount awarded for fee damage to $2,000, and by reducing judgment for rental damage, costs, allowances, interest, etc., as entered, to the sum of $2,375.08, and, as modified, affirmed, without costs to either party.

JACKSON et al., Appellants, v. ROWE, Respondent. (Supreme Court, Appellate Division, Second Department. May 1, 1902.) Action by Henry H. Jackson, Adrian H. Jackson, and Stephen H. Jackson, as executors, etc., of Peter H. Jackson, against "Maurice" E. Rowe, said first name "Maurice" being fictitious, etc. No opinion. Order affirmed, with $10 costs and disbursements.

JACOB, Respondent, v. THOMPSON, Appellant. (Supreme Court, Appellate Division, First Department. April 18, 1902.) Action by Emma L. Jacob against J. Campbell Thompson. W. P. Maloney, for appellant. C. De H. Brower, for respondent. No opinion. Reargument ordered.

JAEGER, Respondent, v. KOENIG, Appellant. (Supreme Court, Appellate Division, First Department. April 11, 1902.) Action by Marie L. Jaeger against Margaretha Koenig, as executrix. G. H. Hart, for appellant. S. Scoville, Jr., for respondent.

PER CURIAM. Determination of appellate term affirmed, with $10 costs and disbursements, on opinion of Mr. Justice O'GORMAN in the court below. 67 N. Y. Supp. 172.

JAMES, Respondent, v. PRENDERGAST et al., Appellants. (Supreme Court, Appellate Division, First Department. April 11, 1902.) Action by D. Willis James against Patrick Prendergast and others. H. L. May, for appellants. P. Merrill, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

In re JEROME AVE. HAWES, Appellant, v. HYNES, Respondent. (Supreme Court, Appellate Division, First Department. May 9, 1902.) In the matter of Jerome avenue. Action by Euphemia A. Hawes against Mary Hynes. B. E. V. McCarty, for appellant. J. A. Flannery, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

In re JETMORE. (Supreme Court, Appellate Division, Second Department. May 29, 1902.) In the matter of the application of De Forest Jetmore for admission to the bar. No opinion. Application granted.

JOHNSTON et al., Appellants, v. HILTON, Respondent. (Supreme Court, Appellate Division, First Department. April 11, 1902.) Action by Fanny Johnston and others against Albert B. Hilton. T. Saunders, for appellants. J. P. McNaboe, for respondent. No opinion. Judgment affirmed, with costs.

JONES, Respondent, v. WILCOX, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 13, 1902.) Action by Minnie Jones against Fred P. Wilcox, as executor, etc. No opinion. Judgment affirmed, with costs.

JUDKINS, Respondent, v. CARR, Appellant. (Supreme Court, Appellate Division, First Department. April 11, 1902.) Action by William D. Judkins against Julian S. Carr. W. D. Guthrie, for appellant. C. F. Matheson, for respondent. No opinion. Judgment affirmed, with costs.

JUDKINS v. CARR. (Supreme Court, Appellate Division, First Department. May 9, 1902.) Action by William D. Judkins against Julian S. Carr. No opinion. Motion denied, with $10 costs.

In re JUDSON. STATE COMPTROLLER, Appellant, v. JUDSON et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. May 20, 1902.) In the matter of the appraisal, etc., in relation to taxable transfers of property of J. Lee Judson. Proceeding by the comptroller of the state of New York against Mary Mack Judson, as executrix, etc., and others. No opinion. Decree of surrogate affirmed, with costs. All concur, except ADAMS, P. J., not voting.

In re J. W. GILLIS & CO. (Supreme Court, Appellate Division, Fourth Department. May 13, 1902.) Supplementary proceedings for collection of a tax against J. W. Gillis & Co. From an order denying a motion of the corporation proceeded against to dismiss the proceeding, movant appeals. Reversed. John A. Barbite, for appellant. Abraham Benedict, for respondent.

WILLIAMS, J. The order appealed from should be reversed, with $10 costs and disbursements of this appeal, and the motion granted, without costs, upon the opinion in Re Wright, Peters & Co. (decided at the same term) 76 N. Y. Supp. 775.

KAUFMAN, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. May 9, 1902.) Action by Freda Kaufman, an infant, against the Metropolitan Street Railway Company. T. H. Lord, for appellant. G. H. Epstein, for respondent. No opinion. Judgment and order affirmed, with costs.

KEATING, Respondent, v. MOTT, Appellant. (Supreme Court, Appellate Division, First Department. May 23, 1902.) Action by Mary Keating against John L. B. Mott. J. C. O'Conor, for appellant. W. A. Purrington, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.